Order entered February 13, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-00001-CV

---

## IN RE: JAMES MATTHEW HURLEY, Relator

---

### On Appeal from the 15th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. FA12-1419

---

# ORDER
### Before Justices Moseley, Francis, and Fillmore

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the Honorable James Patrick Fallon, Judge of the 15th Judicial District Court, to **VACATE** his November 15, 2012 "Order Granting Transfer of Venue to Cameron County, Texas and Temporary Visitation Provision for the Children" and his December 10, 2012 order denying reconsideration of the November 15 order and to **RENDER** an order denying the motion to transfer venue.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real party in interest. We **DENY** relator's motion for emergency relief as moot.

JIM MOSELEY
JUSTICE